**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3071**

---

JERRY L. GENT,

                                        Plaintiff - Appellant,

          versus

CENTRAL   VIRGINIA   LEGAL   AID   SOCIETY,
INCORPORATED,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-95-764)

---

---

**No. 95-7857**

---

JERRY L. GENT,

                                        Plaintiff - Appellant,

          versus

CLIENT CENTERED LEGAL SERVICES, INCORPORATED,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-1188-R)

Submitted:  January 18, 1996          Decided:  January 31, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerry L. Gent, Appellant Pro Se.  John William Boland, Martha Saine Condyles, Andrew Eric Kauders, Jr., MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district courts' orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and dismissing a civil complaint for failure to state a claim. We have reviewed the records and the district courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district courts. Gent v. Central VA Legal Aid, No. CA-95-764 (E.D. Va. Nov. 15, 1995); Gent v. Client Centered Legal Servs., No. CA-95-118-R (W.D. Va. Nov. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED